THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILFREDO VALENTIN, Appellant. [788 NYS2d 864]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Wong, J.), rendered June 25, 2003, convicting him of assault in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his claim that he should have been sentenced as a youthful offender (see People v Friedlander, 11 AD3d 556 [2004]; People v Boykin, 1 AD3d 524, 524-525 [2003]; People v Nye, 299 AD2d 371 [2002]). Florio, J.P., Adams, Goldstein, Rivera and Spolzino, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW E. WILLIAMS, JR., Appellant. [788 NYS2d 858]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Hayes, J.), rendered November 25, 2003, convicting him of criminal possession of a controlled substance in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see Anders v California, 386 US 738 [1967]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez, 47 NY2d 606 [1979]). H. Miller, J.P., Schmidt, Ritter, Crane and Skelos, JJ., concur.